No. 11–5162. NED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5163. SHAVERS *v.* BAUMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5164. SHEROD *v.* GEORGIA DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Ga. Certiorari denied.

No. 11–5165. DANIEL *v.* DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5166. CHINSAMMY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–5167. GREENSPAN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–5168. FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5169. GERMAIN *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11–5170. HALL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5172. ILGEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5173. FASTHORSE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5176. FRASHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5177. HENDRICKS ET UX. *v.* STEPP ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5178. FLUKER *v.* UNITED KINGDOM ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5179. PERDUE *v.* LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5180. MCHUGH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.